**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Kristal C. Owens<br>Debtor | Case No. 22-22566-GLT<br><br>Chapter 11 |
| Community Loan Servicing, LLC<br>Movant<br>    v.<br>Kristal C. Owens<br>and<br>James S. Fellin, Trustee<br><br>                    Respondents | |

## ORDER GRANTING PROSPECTIVE
## IN-REM RELIEF FROM THE AUTOMATIC STAY

AND NOW, this       day of                , 2023, for the reasons stated on the record, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, Community Loan Servicing, LLC and/or its successors and assigns to proceed with foreclosure on the property located at 6564 Frankstown Avenue, Pittsburgh, PA 15206, parcel # 0125-E-00114-0000-01, (the "property") and/or to verify vacancy of the home. However, relief is stayed for a period of 60 days, but not later than June 30, 2023, to allow the Chapter 7 Trustee time to investigate and determine whether the property has value for the benefit of the Estate.

It is further ORDERED, that Community Loan Servicing may schedule, notice and advertise a Sheriff Sale date during the afore-mentioned 60-day stay. However, no sale shall be held until July 3, 2023.

It is further ORDERED, that consent of the Chapter 7 Trustee may terminate the 60-day stay.

It is further ORDERED, that future bankruptcy case filed by the Debtor(s), their successors, assigns or any other occupants of the Property, filed within two (2) years of this Order, will not operate as a stay of any actions taken by the Movant, its successors or assigns for enforcement of the right to possession of the premises; and,

It is further ORDERED that the Recorder of Deeds for Allegheny County, Pennsylvania is hereby directed to allow for the recording of this Order, pursuant to 11 U.S.C. §362(d)(4); and,

It is further ORDERED that if this Order is recorded in the above manner, it shall be binding in any bankruptcy case filed not later than two (2) years after the entry of this Order; and,

It is further ORDERED, that in the event of Dismissal of this case for any reason, the Debtor shall be prohibited from re-filing a Bankruptcy petition under any Chapter of the Code for a period of 180 Days.

It is further ORDERED, that the relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code; and

It is further ORDERED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

_____
United States Bankruptcy Judge

Interested Parties:

Kristal C. Owens
10901 Rhode Island Avenue
Suite 1858
Beltsville, MD 20705

Donald R. Calaiaro, Esquire
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
Attorney for Debtor

James S. Fellin, Esquire
The Nottingham Group, LLC
One Gateway Center, Suite 700
Pittsburgh, PA 15222
Trustee

Joseph S. Sisca, Esquire
U.S. Trustee Program/Dept. of Justice
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
US Trustee

Powers Kirn, LLC
8 Neshaminy Interplex, Suite 215
Trevose, PA 19053
Attorneys for Movant